IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

STEPHANIE BAILEY,

      Appellant,

v.

Case No.  5D23-428
LT Case No. 16-2022-MM-018894-AXXX

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed August 1, 2023

Appeal from the County Court
for Duval County,
Gary Flower, Judge.

Charlie Cofer, Public Defender, and
Elizabeth H. Webb, Assistant Public
Defender, Jacksonville, for Appellant.

Ashley Moody, Attorney General,
and Benjamin Hoffman, Assistant
Attorney General, Tallahassee, for
Appellee.

PER CURIAM.

      AFFIRMED.


WALLIS, LAMBERT and KILBANE, JJ., concur.